# United States District Court
## Southern District of Georgia

WILLIAM GEORGE MITCHELL,

        Petitioner,

JUDGMENT IN A CIVIL CASE

        v.

CASE NUMBER: CV 617-119

WARDEN WALTER BERRY,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 10, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's petition is dismissed without prejudice based on his failure to respond to a Court Order. Alternatively, the Respondent's Motion to Dismiss is granted and Mitchell's Petition is hereby dismissed; furthermore, Petitioner Mitchell is denied in forma pauperis status on appeal and a Certificate of Appealability. This case stands closed.



09/10/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*